# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JESSE McREYNOLDS,<br>*Petitioner,*<br>v.<br>MARK STRONG, in his official capacity as CEO of Special Commitment Center,<br>*Respondent* | )<br>)<br>)  Civil Action No.  13-CV-3133-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Jesse McReynolds' Petition for Habeas Corpus Relief (ECF No. 7) is DENIED. Judgment is entered in favor of the Respondent.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on a Petition for Habeas Corpus.

Date: September 22, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen